**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHARLES AUSTIN, ) | **Case No.: 1:11-cv-00786-OWW-GSA** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC., ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED:** that this case is CLOSED pursuant to the Plaintiff's Voluntary dismissal filed on July 28, 2011 [DOC 7].

**SO ORDERED.**

IT IS SO ORDERED.

    Dated:  **August 29, 2011**              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

{PROPOSED} ORDER